**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-02704-GPG
(**The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.**)

**KEVIN JOSEPH PAYTON**,

    Applicant,

v.

**JEFF SHRADER**, Jefferson County Sheriff; and
**JEFFERSON COUNTY SHERIFF OFFICE DETENTION FACILITY**,
    Respondents.

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

---

Applicant has submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(a), the Court has determined that the submitted documents are deficient as described in this Order. Applicant will be directed to cure the following if he wishes to pursue his claims. Any papers that Applicant files in response to this Order must include the civil action number on this Order.

**Application for Writ of Habeas Corpus**:

(1)        is not submitted
(2)  XX  is not on proper form (must use the court's current form)
(3)        is missing an original signature by the Applicant
(4)        is incomplete
(5)        uses et al. instead of listing all parties in caption
(6)        names in caption do not match names in text of Complaint
(15)       addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application

(16) \_\_   other:

Accordingly, it is

**ORDERED** that Applicant cure the deficiencies designated above **within thirty days from the date of this Order**.  Any papers that Applicant files in response to this Order must include the civil action number on this Order.  It is

**FURTHER ORDERED** that Applicant shall obtain the Court-approved form used in filing an Application for a Writ of Habeas Corpus, along with the applicable instructions, at www.cod.uscourts.gov, and use the form to cure the above noted deficiencies.  It is

**FURTHER ORDERED** that if Applicant fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED December 17, 2015, at Denver, Colorado.

BY THE COURT:

s/Gordon P. Gallagher  
United States Magistrate Judge